| | AUSA: | Timothy E. Garcia | Telephone: | (313) 226-9522 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | Joshua Maxwell | Telephone: | (313) 393-4757 |

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.

Elvin Geovanni MOULDS TUX,
a/k/a Elvin Giovani Moulds Tux

Case: 2:26−mj−30254
Assigned To : Unassigned
Assign. Date : 5/4/2026
Description: CMP− USA V. MOULDS TUX (CS)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 2, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Maxwell, CBP Enforcement Officer
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ May 4, 2026 _____

City and state: _____ Detroit, MI _____

_____
Judge's signature

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

The affiant being duly deposed and sworn states:

1.      I, Joshua R. Maxwell, am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for over twenty-six years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the reentry of illegal aliens and I have received training in this area. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and my personal knowledge. I have also reviewed material from the official Immigration file and system automated data relating to Elvin Geovanni MOULDS TUX, a/k/a Elvin Giovani Moulds Tux. I have not included every fact known to law enforcement related to this investigation.

2.      MOULDS TUX is a thirty-six-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3.      On or about November 9, 2009, MOULDS TUX was arrested by the Fulshear Police Department, Texas for Aggravated Assault with a deadly weapon, in violation of Texas Statute PC 22.02(a)(2). On or about May 24, 2010, MOULDS TUX was convicted in the 268th District Court Richmond, Texas of a lesser charge, Assault Causing Bodily Injury in violation of Texas

1

Statute PC 22.01(a)(1). For this conviction, MOULDS TUX was sentenced to 180 days confinement and 219 USD court cost.

4.     On or about July 5, 2011, MOULDS TUX was arrested by the Katy Police Department, Texas for Aggravated Assault with a deadly weapon, in violation of Texas Statute PC 22.02(a)(2). On or about April 13, 2012, MOULDS TUX was convicted in the 400th District Court, Texas of a lesser charge, Assault Causing Bodily Injury in violation of Texas Statute PC 22.01(a)(1). For this conviction, MOULDS TUX was sentenced to 284 days' confinement and 219 USD court cost.

5.     On or about July 5, 2011, MOULDS TUX was encountered by an Immigration Enforcement Agent (IEA) while at the Katy Police Department Jail. MOULDS TUX was served with a notice to appear before an Immigration Judge for being in violation of Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA). On or about May 15, 2012, MOULDS TUX was ordered removed by a United States Immigration Judge. MOULDS TUX was physically removed from the United States to Guatemala on May 23, 2012.

6.     On November 17, 2012, MOULDS TUX was apprehended by the United States Border Patrol (USBP) at or near South Komelik, Arizona, for entering the United States without inspection in violation of Sections 212(a)(6)(A)(i) and 212(a)(9)(C)(i)(ii) of the INA. MOULDS TUX's previous order of removal was reinstated via Form I-871. MOULDS TUX was physically removed from the United States to Guatemala on November 30, 2012.

2

7.     On or about August 18, 2017, MOULDS TUX was one of nine occupants in a vehicle that was encountered by the Colorado State Patrol during a traffic stop, at or near Colorado Springs, Colorado. Homeland Security Investigations (HSI) was contacted after it was determined the occupants of the vehicle were foreign born. MOULDS TUX was transported to Florence Sub-Office, Colorado for processing. It was found that MOULDS TUX illegally entered the United States from Mexico in violation of Section 212(a)(9)(A)(i)(I) of the INA. MOULDS TUX's previous order of removal was reinstated via Form I-871. MOULDS TUX was physically removed from the United States to Guatemala on September 20, 2017.

8.     On May 2, 2026, at approximately 7:29 pm, at the Detroit Ambassador Bridge, Detroit, Michigan, Customs and Border Protection Officers (CBPO), encountered MOULDS TUX, after he got lost while travelling from North Carolina to Westland, Michigan, and who had been previously ordered removed and deported from the United States. MOULDS TUX was refused admission into Canada by the Canada Border Services Agency (CBSA) and returned to the United States.

9.     The aforementioned apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

3

10.   MOULDS TUX's fingerprints and photograph were captured and entered into the IDENT and IAFIS systems.  The results revealed that MOULDS TUX, is a citizen of Guatemala who has previously been removed from the United States.  The record checks reveal that no record exists of MOULDS TUX obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States on or about September 20, 2017.

11.   Therefore, based upon the aforementioned facts, I have probable cause to believe that on or about May 2, 2026, in the Eastern District of Michigan, Elvin Geovanni MOULDS TUX, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about September 20, 2017, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8 United States Code, Section 1326(a).

_____
Complainant's signature

Joshua Maxwell, CBP Enforcement Officer
Printed name and title

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Elizabeth Stafford
United States Magistrate Judge

Date: 5/4/2026

4